UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN MALLOY,<br><br>         Plaintiff,<br><br>   v.<br><br>CITY OF SAN FRANCISCO, et al.,<br><br>         Defendants. | Case No. 20-cv-07312-TSH<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Saundra B. Armstrong for consideration of whether the case is related to *Malloy v. Regents of the University of California,* 19-cv-07995-SBA.

**IT IS SO ORDERED.**

Dated: October 26, 2020

                                                THOMAS S. HIXSON<br>
                                                United States Magistrate Judge