UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STEPHEN GROVE MALLOY,<br><br>Plaintiff,<br><br>vs.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Defendants. | Case No: 20-cv-07312 SBA<br><br>Related Case No: 19-cv-07995 SBA (closed)<br><br>**JUDGMENT** |

In accordance with the Order Dismissing Action, Dkt. 70, and pursuant to Federal Rule of Civil Procedure 58, final judgment is entered in this action.

IT IS SO ORDERED.

Dated: 9/28/2022

*Saundra B. Armstrong* RS
Richard Seeborg for Saundra B. Armstrong
United States District Courts